**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1385-17T4

RICHARD C. WASHART
and CYNTHIA D. WASHART,

     Plaintiffs-Respondents,

v.

MCCORMICK & SCHMICK'S
SEAFOOD RESTAURANTS, INC.,

     Defendant-Appellant,

and

KRAMER BEVERAGE CO.,
HARRISON BEVERAGE, LLC,
HARRISON BEVERAGE CO., and
WARREN DISTRIBUTING CO. SOUTH,

     Defendants.

_____

Submitted October 22, 2018 – Decided  November 16, 2018

Before Judges Fasciale and Rose.

On appeal from Superior Court of New Jersey, Law Division, Atlantic County, Docket No. L-5789-13.

Yankwitt LLP, attorneys for appellant (George C. Godfrey, III and Russell M. Yankwitt, on the brief).

D'Amato Law Firm, PC, attorneys for respondent Richard Washart (Paul R. D'Amato and Kasi M. Gifford, on the brief).

PER CURIAM

The parties to the appeal have settled the issues between them. In accordance with the stipulation they have filed, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1385-17T4